UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES BATTLE,**

      **Plaintiff,**

v.                                                              **Case No:  6:16-cv-205-Orl-41TBS**

**UNIVERSAL ROOFING GROUP, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Approve the Parties' Settlement (Doc. 16). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 19), which recommends that the parties' motion be granted, that the parties' settlement agreement be approved, and that this case be dismissed with prejudice. The parties have filed a Joint Notice of Non-Objection (Doc. 20).

After an independent *de novo* review of the record, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve the Parties' Settlement (Doc. 16) is **GRANTED**; the parties' settlement agreement is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record